UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:03-cr-123 |
| vs. | ) | |
| | ) | JUDGE COLLIER |
| CHARLES W. CHANEY | ) | |

<u>MEMORANDUM AND ORDER</u>

CHARLES W. CHANEY ("Defendant") appeared for an initial appearance before the undersigned on December 8, 2015, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition").

After being sworn in due form of law, the Defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The Court determined that Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court APPOINTED Federal Defender Services of Eastern Tennessee, Inc. to represent Defendant. Defendant was furnished with a copy of the Petition and the Warrant for Arrest, and had an opportunity to review those documents with his attorney. The Court determined that Defendant was capable of being able to read and understand the documents.

Defendant waived his right to a preliminary hearing but asked for a detention hearing. The Government called USPO Kevin Matherly and moved that Defendant be detained pending the revocation hearing.

<u>Findings</u>

Based upon USPO Matherly's testimony, the Court finds there is probable cause to believe Defendant has committed violations of his conditions of supervised release set forth in the Petition, however, the Court further finds that there are conditions of release, i.e., electronic location monitoring, that can ensure his presence at future hearings.

1

<u>Conclusions</u>

It is therefore ORDERED:

(1)   Defendant shall be released from custody immediately.

(2)   Defendant shall remain on supervised release pending his revocation hearing, and shall be placed on electronic location monitoring implemented by the U.S. Probation office.

(3)   Defendant shall fully comply with all of the conditions of release originally established by the Court and acknowledged by Defendant.

(4)   Defendant shall return to Court for a revocation hearing before Judge Collier on **Thursday, December 17, 2015, at 2:00 pm.**

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE
