UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:03-cr-123 |
| vs. | ) | |
| | ) | JUDGE COLLIER |
| CHARLES W. CHANEY | ) | |

MEMORANDUM AND ORDER

    CHARLES W. CHANEY ("Defendant") came before the Court for an initial appearance on December 15, 2015, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Action on Conditions of Pretrial Release ("Petition").

    After being sworn in due form of law, the Defendant was informed or reminded of his privilege against self-incrimination and his right to counsel. The Court had previously appointed Gianna Maio of Federal Defender Services of Eastern Tennessee, Inc. to represent Defendant at a hearing on a Petition for Warrant for Offender Under Supervision. Ms. Maio continued to represent Defendant at the hearing on the instant Petition.

    Defendant was furnished with a copy of the Petition and the Arrest Warrant, and had an opportunity to review those documents with his attorney. The Court determined that Defendant was able to understand the documents with the assistance of his counsel.

    The Defendant waived his right to a preliminary hearing and detention hearing.

    The Government moved that Defendant be detained pending a hearing to determine whether his term of supervision should be revoked.

    Based upon the Petition and Defendant's waiver of a preliminary hearing and detention hearing, the undersigned finds there is probable cause to believe that Defendant has committed violations of his conditions of supervised release as alleged in the Petition, and that Defendant presents a flight risk and a danger to other persons and the general community.

    It is, therefore, ORDERED that:

1. Defendant shall appear in a revocation hearing before U.S. District Judge Curtis L. Collier on **Thursday, December 17, 2015 at 2:00 p.m.**

1

2. The motion of the Government that Defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Collier is GRANTED.

3. The U.S. Marshal shall transport Defendant to the revocation hearing before Judge Collier at the aforementioned date and time.

ENTER.

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE